UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20670-CIV-OTAZO-REYES

<u>CONSENT CASE</u>

JEFFERSON CELDA LISCANO,

    Plaintiff,

v.

ARIES BLINDS INC. and
MANUEL BLANCO,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF**
**<u>FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE</u>**

THIS CAUSE arose before the Court on the Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice [D.E. 22]. The above-styled action arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and, therefore, requires Court Approval. <u>Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,</u> 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness."). This Court, being fully advised in the premises, and upon review of the settlement agreement between the parties, hereby approves the settlement of the wage and hour claims as outlined in the Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice and its attached settlement agreement.

Therefore, the Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice is GRANTED and this case is hereby DISMISSED WITH PREJUDICE. The Court shall

retain jurisdiction to enforce the terms of the parties' settlement agreement and to award appropriate attorney's fees and costs in connection with any such enforcement proceedings. All pending motions are DENIED as moot and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of May, 2022.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record